UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MITCHELL WILLS,

    Plaintiff,

v.                                                                         Case No. 3:22cv10541-LC-HTC

ESCAMBIA COUNTY JAIL,
BOARD OF COUNTY COMMISSIONERS,

    Defendants.

_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on October 14, 2022, (ECF No. 13), recommending dismissal based on Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address.  Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Mail has been returned as undeliverable with no forwarding address.  No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:22cv10541-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2. That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 21st day of November 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**